UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY L. HARDIE,

         Plaintiff,

v.

SCOTT RUSSELL, et al.,

         Defendants.

CASE NO. C13-5152 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 9). The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    This action is **DISMISSED without prejudice**.   Plaintiff's motion to proceed *in forma pauperis* (Dkt. 1) and all other pending motions, including Plaintiff's motion for the appointment of counsel (Dkt. 7) are **DENIED**.

Dated this 30th day of May, 2013.

                             BENJAMIN H. SETTLE
                             United States District Judge

ORDER